UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IMIRACLE (HK) LIMITED,

    Plaintiff,

v.                              Case No. 8:22-cv-2863-KKM-CPT

SPARK 8 SMOKE SHOP & LOUNGE, LLC,
and CHRISTIAN A. CAMARILLO

    Defendants.
_____

## ORDER

    Plaintiff IMiracle (HK) Limited has failed to move for a clerk's default against Defendant Spark 8 Smoke Shop & Lounge, LLC, in accordance with Local Rule 1.10 and the Court's order directing them to do so. *See* Endorsed Order (Doc. 16). IMiracle has failed to show good cause for this failure despite Local Rule 1.10's requirement that a party apply for default within twenty-eight days after a party's failure to plead or otherwise defend. Local Rule 1.10(d) explains that "[f]ailure to comply with a deadline in this rule can result in dismissal of the claim or action without notice and without prejudice."

    Accordingly, it is **ORDERED**:

    (1) IMiracle's action against Spark 8 Smoke Shop & Lounge, LLC, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's order.

(2) The Clerk is directed to terminate any pending motions or deadlines, enter judgment in accord with this order in favor of Spark 8 Smoke Shop & Lounge, LLC, and terminate Spark 8 Smoke Shop & Lounge, LLC, as a party.

**ORDERED** in Tampa, Florida, on March 6, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge